**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6020**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

CARLOS TREVINO,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, District Judge. (CR-94-78-1, CA-99-340-5-F)

———————

Submitted:  March 23, 2000          Decided:  March 30, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Carlos Trevino, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carlos Trevino seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). Trevino's motion is styled as one pursuant to U.S.C. § 2241 (West 1994), but the relief he seeks is more appropriately brought pursuant to § 2255. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Trevino's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Trevino, Nos. CR-94-78-1; CA-99-340-5-F (E.D.N.C. Nov. 17 & Dec. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED